J.L. SANDS, Plaintiff/Appellant,

v.

**MILLERS MUTUAL INSURANCE ASSOCIATION OF ILLINOIS,** Defendant/Respondent.

No. 72010.

Missouri Court of Appeals, Eastern District, Division Six.

Oct. 21, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 8, 1998.

Application for Transfer Denied Feb. 24, 1998.

J.L. Sands, St. Louis, for appellant.

Aaron I. Mandel, Brinker & Doyan, L.L.P., Clayton, for respondent.

Before REINHARD, P.J., and KAROHL and ROBERT G. DOWD, Jr., JJ.

ORDER

PER CURIAM.

Plaintiff, pro se, appeals from the trial court's order dismissing his "Petition for Damages." We affirm.. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The judgment is affirmed pursuant to Rule 84.16(b).